**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Marvin QUEMADO, Jr., Defendant–**
**Appellant.**

No. 07–10521.

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**360**

Submitted Dec. 17, 2008.*

Filed Dec. 29, 2008.

Darren W.K. Ching, Esquire, Assistant U.S., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Georgia K. McMillen, Esquire, Wailuku Maui, HI, Marvin Quemado, Jr., Federal Correctional Institution, Lompoc, CA, for Defendant–Appellant.

Before: GOODWIN, TROTT and RYMER, Circuit Judges.

## MEMORANDUM **

Marvin Quemado, Jr. appeals from his guilty-plea conviction and 166–month sentence for conspiracy to obstruct interstate commerce by robbery, in violation of 18 U.S.C. § 1951, obstructing interstate commerce by robbery, in violation of 18 U.S.C. §§ 2 and 1951, and using, carrying and discharging a firearm in relation to the robbery, in violation of 18 U.S.C. §§ 2 and 924(c)(1)(A). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Quemado's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.